UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ONYX COFFEE LLC, a Washington limited liability company, <br><br> Plaintiff, <br><br> v. <br><br> BLAKE TRAFTON and BRIANNE TRAFTON et al., | CASE NO. C19-655 MJP <br><br> ORDER GRANTING MOTION TO REMAND |

THIS MATTER came before the Court by unopposed motion from Onyx Coffee LLC requesting remand of Onyx Coffee LLC v. Blake Trafton, et al., Case No. 2:19-cv-00655-MJP, to Whatcom County Superior Court, Case No. 19-2-00676-37, where it was originally filed. The Court has considered all legal authority, arguments, briefing, and exhibits submitted to the Court on this matter. Having considered the foregoing and been fully informed:

IT IS HEREBY ORDERED that Onyx Coffee LLC's Motion to Remand is GRANTED. This matter is remanded to Whatcom County Superior Court effective immediately.

The clerk is ordered to provide copies of this order to all counsel and to the Whatcom County Superior Court.

Dated June 7, 2019.

*Marsha J. Pechman*
Marsha J. Pechman
United States District Judge